THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CHARLES McCUTCHEON and Others, Appellants, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of ALFREDO DISTEFANO, Deceased. THE MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Petitioner, Appellant; PIETRINA DISTEFANO, Respondent.— Decree unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [167 Misc. 678.]

In the Matter of the Petition of ROBERT LEWIS, Petitioner, for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent. — Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent against the petitioner. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HERBERT C. LITT, Appellant, v. HENRY HOMES and Others, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint as against defendants-respondents within ten days after service of order upon payment of said costs, and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. BENJAMIN GREENBERG and SOPHIE GREENBERG, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

AMERICAN FABRICS COMPANY, Appellant, v. WALTER S. BENEDICT and Others, Respondents, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [166 Misc. 449.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO SAFO, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial on the ground that the admission of evidence of the receipt of telephone messages was prejudicial error.

BLANCHE A. ROOS, Respondent, v. ETWILL REALTY CORPORATION, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and dismiss the complaint on the ground that there was no proof of actionable negligence on the part of the defendant.